IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| APRIL T. ADEMILUYI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 24-cv-03616-LKG |
| ) | |
| v. ) | Dated: January 31, 2025 |
| ) | |
| CARLA N. ANDREWS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On December 13, 2024, Plaintiff, April T. Ademiluyi, filed a complaint in the above-captioned civil action. ECF No. 1. On January 16, 2025, Defendant, Carla N. Andrews, filed a motion to dismiss the complaint. ECF No. 10. On January 30, 2025, Plaintiff filed an amended complaint without seeking leave of this Court. ECF No. 12. Plaintiff's motion to respond is due on **January 31, 2025**.

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, if a pleading is "one to which a responsive pleading is required," a party may amend its pleading once as a matter of course no later than 21 days after service of the responsive pleading or 21 days after service of a motion under Federal Rule of Civil Procedure 12(b), (e) or (f). Fed. R. Civ. P. 15(a)(1)(B). "In all other cases, a party may amend its pleading only with the opposing party's written consent" or leave of the Court. Fed. R. Civ. P. 15(a)(2); *see also* Local Rule 103.6. Plaintiff has not filed this amended complaint with Defendant's written consent, nor sought leave from this Court. *See* ECF No. 12.

In light of the foregoing, the Court **DIRECTS** the Clerk of the Court to **STRIKE** the amended complaint.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge