# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| APRIL T. ADEMILUYI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 24-cv-03616-LKG |
| ) | |
| v. ) | Dated: February 3, 2025 |
| ) | |
| CARLA N. ANDREWS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On January 16, 2025, the Defendant, Carla N. Andrews, filed a motion to dismiss the complaint. ECF No. 10. On January 30, 2025, the Plaintiff filed an amended complaint. ECF No. 12.

On January 31, 2025, the Court struck the amended complaint, pursuant to Fed. R. Civ. P. 15(a). ECF No. 15. On February 3, 2025, the Plaintiff filed a motion for reconsideration, or, in the alternative, for leave to file the amended complaint. ECF No. 16.

In light of the foregoing, the Court:

(1) **GRANTS** the Plaintiff's motion for reconsideration;

(2) **VACATES** the Court's January 31, 2025, Order striking the amended complaint (ECF No. 15); and

(3) **DEEMS** the amended complaint filed as of **January 30, 2025**.

The Court thanks the Plaintiff for clarifying the procedural history relevant to the amended complaint.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge