IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| APRIL ADEMILUYI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLA N. ANDREWS *et. al*, )<br>)<br>Defendant. )<br>) | Civil Action No. 24-cv-03616-LKG<br><br>Dated:  February 20, 2025 |

## SCHEDULING ORDER

On February 19, 2025, Defendants, Sheila Tillerson Adams, Daneeka Varner Cotton, and Michael R. Pearson (the "Judge Defendants"), filed a request for a pre-motion conference and/or approval to file a motion to dismiss in the above-captioned civil matter. ECF No. 21. In light of the foregoing, the Court **DIRECTS** the parties to adhere to the following schedule for the briefing of the Judge Defendants' motion to dismiss.

| | |
|---|---|
| Judge Defendants' motion to dismiss | **March 14, 2025** |
| Response in opposition to the Judge Defendants' motion to dismiss | **April 4, 2025** |
| Reply brief. | **April 25, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge